# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  JEREMY J. COLEMAN                §       Case No. 12-80632
        EBONY COLEMAN                    §
                                         §
            Debtor(s)                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 02/24/2012.

2) The plan was confirmed on 11/16/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 07/24/2015.

6) Number of months from filing or conversion to last payment: 40.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,635.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 20,029.06 |
| Less amount refunded to debtor(s) | $ 398.64 |
| **NET RECEIPTS** | $ 19,630.42 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,153.60 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,653.60 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CITIZENS FINANCE | Sec | 0.00 | 7,978.15 | 0.00 | 0.00 | 0.00 |
| GRANT PARK AUTO SALES | Sec | 0.00 | 12,816.00 | 0.00 | 0.00 | 0.00 |
| MICHELLE QUINTARO | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 500.00 | 272.13 | 272.13 | 48.73 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 30.00 | 2,264.25 | 2,264.25 | 524.99 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 120.00 | 150.62 | 150.62 | 31.32 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,586.00 | 2,035.64 | 2,035.64 | 471.98 | 0.00 |
| CARMAX AUTO FINANCE | Uns | 7,800.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 548.00 | 1,374.30 | 1,374.30 | 318.64 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 357.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 79.00 | 44.00 | 44.00 | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 204.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 144.00 | 372.00 | 372.00 | 81.24 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 198.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 435.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 115.00 | 115.00 | 115.00 | 15.36 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 967.00 | 967.07 | 967.07 | 224.23 | 0.00 |
| CREDITORS PROTECTION | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 183.00 | 322.20 | 322.20 | 67.00 | 0.00 |
| DS WATERS OF AMERICA INC | Uns | 394.00 | NA | NA | 0.00 | 0.00 |
| EASTERSEALS CHILDRENS | Uns | 559.00 | 559.29 | 559.29 | 122.14 | 0.00 |
| EDUCATION LOAN SOLUTIONS LLC | Uns | 4,077.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG / SOANB | Uns | 469.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING | Uns | 6,445.00 | 10,473.93 | 10,473.93 | 2,428.46 | 0.00 |
| GLOBAL PAYMENTS | Uns | 1,525.00 | 1,494.00 | 1,494.00 | 346.40 | 0.00 |
| GRANDPOINTE | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| JARED - GALLERIA OF JWLR | Uns | 4,277.00 | NA | NA | 0.00 | 0.00 |
| KINDERCARE LEARNING CENTERS | Uns | 581.00 | NA | NA | 0.00 | 0.00 |
| LUXE PRODUCTIONS INC | Uns | 3,950.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 304.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| RASMUSSEN COLLEGE OCALA | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 127.00 | 5,605.94 | 5,605.94 | 1,299.78 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 651.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 3,706.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 366.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 622.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 108.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 8,800.00 | 11,396.15 | 11,396.15 | 2,642.28 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 641.00 | 641.17 | 641.17 | 134.97 | 0.00 |
| STERLING JEWELERS dba | Sec | 4,277.28 | 4,277.28 | 4,277.28 | 4,228.97 | 265.99 |
| TRIBUTE | Uns | 337.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 327.00 | 292.19 | 292.19 | 63.80 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 724.00 | 724.37 | 724.37 | 167.95 | 0.00 |
| VIRTUOSO SOURCING GROU | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 402.68 | 402.68 | 83.73 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 0.00 | 761.97 | 761.97 | 176.67 | 0.00 |
| CHARLES WHITE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 145.00 | 145.00 | 30.52 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 770.25 | 770.25 | 178.59 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | 647.54 | 647.54 | 136.32 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | 3,456.60 | 3,456.60 | 801.44 | 0.00 |
| GLOBAL PAYMENTS | Uns | 0.00 | 203.15 | 0.00 | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Uns | 0.00 | 117.00 | 0.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 128.56 | 128.56 | 15.68 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 357.50 | 357.50 | 69.64 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 4,277.28 | $ 4,228.97 | $ 265.99 |
| **TOTAL SECURED:** | $ 4,277.28 | $ 4,228.97 | $ 265.99 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 45,774.35 | $ 10,481.86 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,653.60 | |
| Disbursements to Creditors | $ 14,976.82 | |
| **TOTAL DISBURSEMENTS:** | | $ 19,630.42 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: <u>10/22/2015</u>      By: <u>/s/ Lydia S. Meyer</u>
                                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)